**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **DILIP PATEL** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1319-SLP** |
| | ) | |
| **FRED FIGUEROA, et. al,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER

On July 21, 2026, Respondents submitted a notice to the Court stating that "The Petitioner is currently scheduled for removal to India on July 27, 2026." (ECF No. 13:2). On July 28, 2026, an independent search reveals that Petitioner is no longer in the custody of Immigrations Customs and Enforcement.[1] Respondents are directed to submit, within seven days, a supplemental brief updating the Court on the status of Petitioner's removal proceedings and whether any change in status impacts the pending claims. Petitioner may also file a supplemental brief within seven days.

**IT IS SO ORDERED** on August 4, 2026.

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE

---

[1] *See* https://locator.ice.gov/odls/#/results (last visited July 28, 2026).