**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| DILIP PATEL,<br><br>Petitioner,<br><br>v.<br><br>FRED FIGUEROA, WARDEN DIAMONDBACK CORRECTIONAL FACILITY, et al.,<br><br>Respondents. | ) | Case No. CIV-26-1319-SLP |

**ORDER**

Before the Court is the Report and Recommendation (R&R) of United States Magistrate Judge Shon T. Erwin [Doc. No. 16]. The Magistrate Judge recommends that the Court dismiss this action as moot because Petitioner has been removed from the United States and is no longer in the custody of United States Immigration and Customs Enforcement. *See* R&R [Doc. No. 16] at 2-5. The Magistrate Judge advised the Parties of their right to object to the R&R and directed that any objections be filed on or before August 28, 2026. *Id.* at 5. The Parties were further advised that any failure to object would waive the Parties' right to appellate review of the factual and legal issues addressed in the R&R. *Id.* Neither party has filed an objection, nor has an extension of time in which to object been sought or granted.[1] Therefore, the Court finds that the Parties have waived

---

[1] On August 28, 2026, Respondents filed a Response to Report and Recommendation [Doc. No. 17]. In the filing, Respondents provided the removal status of Petitioner and stated "the Petition should be denied as moot and the case dismissed [ ]" due to Petitioner's removal from the United States. *See* [Doc. No. 17] at 1-2. The Court does not construe Respondents' Response to Report and Recommendation [Doc. No. 17] as an objection because it does not take issue with any of the Magistrate Judge's findings and conclusions in the R&R.

further review of all issues addressed in the R&R. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Upon review, the Court fully concurs with the analysis set forth in the R&R. Accordingly, the Report and Recommendation [Doc. No. 16] is ADOPTED and this action is DISMISSED as moot. A separate judgment of dismissal shall be entered contemporaneously with this Order.

IT IS SO ORDERED this 31st day of August, 2026.

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**